WELLINGTON S. PIERSON, Plaintiff, *v.* J. EMMET CLARK,
Respondent.

McDERMOTT-BUNGER DAIRY COMPANY, Appellant.

*Pierson* v. *Clark,* 130 App. Div. 892, affirmed.
(Argued May 31, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 13, 1909, which affirmed an order of Special Term
directing the appellant herein to pay the costs of the above-
entitled action as the real party in interest therein.

*John De Witt Warner* for appellant.

*F. W. Youmans* and *G. W. Youmans* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

In the Matter of the Application of the ELMSFORD REAL
ESTATE COMPANY for the Drainage of Certain Lands in the
Town of Greenburgh.

HARRIET D. REYNOLDS et al., Appellants; THOMAS R. HODGE
et al., as Drainage Commissioners, Respondents.

*Matter of Elmsford Real Estate Co.,* 130 App. Div. 882, affirmed.
(Submitted May 31, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 8, 1909, which affirmed an order of Special Term
confirming an assessment made in the above-entitled
proceeding.

*Cyrus A. Bishop* for appellants.

*Frederick W. Sherman* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.